NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1180

SHIRE LLC,

Plaintiff-Appellee,

v.

SANDOZ, INC.,

Defendant-Appellant.

Appeal from the United States District Court for the District of Colorado in case no. 07-CV-00197, Judge Philip A. Brimmer.

ON MOTION

Before NEWMAN, Circuit Judge.

ORDER

The William Mitchell College of Law Intellectual Property Institute moves for leave to file a brief amicus curiae in support of Sandoz, Inc.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

MAY 1 8 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:  Keith D. Parr, Esq.
     Edward H. Haug, Esq.
     R. Carl Moy, Esq.
     s19

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY 1 8 2009

JAN HORBALY
CLERK